UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>      Plaintiff,<br><br>v.<br><br>ARUNRAS NGIN,<br><br>      Defendant. | Case No. 21-cv-03087-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 27, 29 |

      Given Whitaker's response, the Order to Show Cause is lifted. The Court has reviewed Judge Tse's Report and Recommendation Re: Default Judgment and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the Motion for Default Judgment is granted.

      **IT IS SO ORDERED.**

Dated: September 28, 2022

                                                                         VINCE CHHABRIA<br>
                                                                       United States District Judge